IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

     Plaintiff,                          No. CIV S-10-3230 JAM DAD

     v.

JAIME QUINTERO MADRIGAL, individually and d/b/a TACOS LA PIEDAD A/K/A TACOS LA PIEDAD 2,                 ORDER

     Defendant.
_____/

        On May 20, 2011, this matter came before the court for hearing of plaintiff's motion for default judgment against the defendant. Plaintiff has filed an application for an order withdrawing the submitted motion on the ground that the moving papers require modification. Plaintiff's application (Doc. No. 11) is granted, and plaintiff's motion (Doc. No. 8) is deemed withdrawn. Any amended motion shall be filed within 45 days after this order is served.

        IT IS SO ORDERED.

DATED: June 8, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\j&jsports-madrigal3230.mdj.withdrawn